Saurí & Subirá, Demandantes y Apelantes, *v.* Charles F. Hill, Tesorero Interino de Puerto Rico, Demandado y Apelado.

Apelación procedente de la Corte de Distrito de Ponce en pleito sobre devolución de contribuciones.

No. 1759.—Resuelto en julio 18, 1918.

Resuelto por los fundamentos del caso No. 1758, *Saurí & Subirá v. C. F. Hill, Tesorero Interino,* resuelto en julio 18, 1918, pág. 609.

Abogado de los apelantes: *Sr. A. F. Castro.*

Abogados del apelado: *Sres. Howard L. Kern, Attorney General,* y *S. Mestre, Fiscal del Supremo.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.